UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2005 NOV 29 P 1: 58

CLERK US DISTRICT COURT

CARRIER CREDIT SERVICES, INC.,
as agent for SEA STAR LINE, LLC,

        Plaintiff,

v.                                   Case No. 3:05-cv-23-J-20TEM

NORTHWESTERN SELECTA INC.,

        Defendant.

_____/

## O R D E R

Before the Court is the Parties' Stipulation of Dismissal (Doc. No. 26, filed November 28, 2005). Pursuant to Rule 41(a)(1) and in accordance with the Parties' Stipulation, it is hereby Ordered that this case is **DISMISSED WITH PREJUDICE** and each party is to bear its own costs and attorneys' fees. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this _29_ day of November, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Thomas V. Halley, Esq.
Suzanne M. Judas, Esq.